Unite Here Local 1

    Plaintiff,

v.

Case No.: 1:23−cv−14371

Honorable Harry D. Leinenweber

Infusion Management Group, Inc. d/b/a The Signature Room at the 95th and The Signature Lounge at the 96th

    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2024:

    MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic ruling on motion hearing held. REQUEST For Default [9] is granted. Telephone Conference/Prove up hearing for damages is set for 3/12/24 at 9:30 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Telephone Conference set for 6/4/24 and joint status report date of 5/28/24 is vacated Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.