IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITE HERE LOCAL 1, on behalf of its members,<br><br>    Plaintiff,<br><br>v.<br><br>INFUSION MANAGEMENT GROUP, INC., d/b/a THE SIGNATURE ROOM AT THE 95TH and THE SIGNATURE LOUNGE AT THE 96TH,<br><br>    Defendant. | Case No. 1:23-cv-14371<br><br>Hon. Harry D. Leinenweber |

## **JUDGMENT ORDER**

This cause coming to be heard upon motion of the Plaintiff for entry of default judgment in favor of Plaintiff and against Defendant (Dkt. 14), this Court having previously entered default against Defenant on February 8, 2024 (Dkt. 13), and the Court being fully advised in the premises,

IT IS NOW THEREFORE ORDERED:

1. That default judgment is entered in favor of Plaintiff, UNITE HERE Local 1, and against Defendant, Infusion Management Group, Inc., d/b/a The Signature Room at the 95th and The Signature Lounge at the 96th, on the terms set forth herein.

2. That judgment is entered in favor of Plaintiff and against Defendant in the amount of ONE MILLION, FIVE HUNDRED TWENTY THOUSAND, SEVEN HUNDRED SIXTY-TWO AND 75/100 DOLLARS ($1,520,762.75), comprising back pay and benefits owed to all aggrieved employees represented by Plaintiff, with such amount payable to, and on behalf of, the respective employees in the amounts set forth in Plaintiff's supporting materials (Dkt. 14-1).

3. That attorneys' fees and costs totaling TWENTY-TWO THOUSAND, SEVEN HUNDRED TWENTY-FIVE AND 00/100 DOLLARS ($22,725.00) are awarded to Plaintiff.

4. The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by Plaintiff in order to enforce the judgment entered herein.

DATED: 3/14/2024

ENTERED:

Hon. Harry D. Leinenweber
United States District Judge

Prepared by:
Matt Pierce
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson Blvd., Ste. 720
Chicago, IL 60606
(312) 263-1500
mjp@ulaw.com
*Counsel for Plaintiff*